IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DONTÁ VICKERS, | § | |
| | § | |
| Defendant Below, | § | No. 250, 2017 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No.: 1308012233 (S) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: January 10, 2018
Decided: January 24, 2018

Before **STRINE**; Chief Justice, **VALIHURA**, and **SEITZ**, Justices.

## **ORDER**

This 24th day of January, 2018, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its May 18, 2017 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice